505 A.2d 253

COMMONWEALTH of Pennsylvania, GOVERNOR'S
ENERGY COUNCIL, Petitioner,

v.

AMERICAN ENERGY SERVICES, INC.

Supreme Court of Pennsylvania.

Feb. 13, 1986.

Petition for Allowance of Appeal GRANTED, No. 9 M.D. Appeal Docket 1986.

505 A.2d 253

COMMONWEALTH of Pennsylvania, Petitioner,

v.

Bradley R. BAKER.

Supreme Court of Pennsylvania.

Feb. 14, 1986.

Petition for Allowance of Appeal GRANTED, No. 9 W.D. Appeal Docket 1986.